UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:21-cr-00319-EGS |
| | ) | |
| v. | ) | |
| | ) | |
| RICK CUNEFARE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE TO COURT CLARIFYING DEFENDANT'S STATEMENTS ON RECORD**

On June 9, 2021, Defendant Rick Cunefare appeared virtually before this Court. Mr. Cunefare was asked about prior offenses to which he responded that he had never been to Court for any past offenses. Having reflected on the Court's questions, Mr. Cunefare wishes to clarify the record. Mr. Cunefare was charged with DUIs, none felonies, in 1986 (Kings Bay, Georgia), 1990 (Charleston, South Carolina) and 2011 (New London, Connecticut). When the Court asked him about his background, he was thinking about federal felony matters and it did not occur to him that the Court would also be interested in the DUIs. Mr. Cunefare regrets the confusion and wanted to ensure the Court had complete answers to its questions.

DATED: June 16, 2021

**MITCHELL STEIN CAREY CHAPMAN PC**
By: ___*s/Lee Stein*_____
**Lee Stein**\*

MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
lee@mscclaw.com
\*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2021, I electronically transmitted the attached document to the Clerk's Office via email for filing and copy of the transmittal to the following ECF registrant:

Michael P. McCarthy
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
michael.mccarthy2@usdoj.gov


    *s:/ B. Wolcott*