UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:21-cr-00319-EGS |
| | ) | |
| v. | ) | |
| | ) | |
| RICK CUNEFARE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION TO WAIVE DEFENDANT'S APPEARANCE AT VIRTUAL STATUS CONFERENCE**

Defendant Rick Cunefare, through undersigned counsel, respectfully requests that he be permitted to waive his appearance at the Virtual Status Conference scheduled for February 2, 2022 at 1:30 PM. Mr. Cunefare has maintained contact with counsel and continues to be an active participant in his defense. Mr. Cunefare understands that he must be present at all future hearings, which undersigned counsel will keep him apprised of, unless his appearance is specifically excused by the Court. Having consulted DOJ Trial Attorney Michael McCarthy, undersigned counsel can represent that the Government does not oppose this request.

DATED: January 27, 2022

MITCHELL STEIN CAREY CHAPMAN PC
By: ___*s/Lee Stein*_____
 **Lee Stein**\*

MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
lee@mscclaw.com
\*Admitted *Pro Hac Vice*

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2022, I electronically transmitted the attached document to the Clerk's Office via email for filing and copy of the transmittal to the following ECF registrant:

Michael P. McCarthy
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
michael.mccarthy2@usdoj.gov


     *s:/ B. Wolcott*