

ATTORNEYS AT LAW

**EXHIBIT 1**

Letter for Rick
To whom it may concern:

 I Doug Cunefare am writing you this letter in regards to my older brother Rick Cunefare regarding case no 21-cr-00319-EGS.  Rick is a devoted husband and father to Kim and Kate. He takes his daughter to dance or piano classes after school not to mention recitals on weekends.  He helps her with her homework work and she is a Honor Roll student. His family is his life and he is devoted to teaching and doing the right thing.

He also took our mom Berneice into his home 2 years ago after our father passed away. He spent the last month of our father's life with me and him while he was in hospice.  After we spent the day with dad we would go to the nursing's home to visit with our mom.  Mom has dementia, alzheimers so it is not an easy chore. She is not able to take care of herself in any manner. Yet he with the help of his wife Kim have taken care of her while still working fulltime jobs. It was our fathers wish that we would not put mom in a nursing home and he is in a better position than me to take care of her.

Rick has had a very successful career and is honest and very caring individual. He loves his family and takes great pride in being an older father of a 6 year old.

 He is also a United States Navy Veteran and has taken great pride in serving this country. He was proud to work with the military and saw his duties as an extension of his service m.  It hurt him terribly to be involved in a fraud that hurt military families.

I can't  imagine the pain and suffering that his family is going through.  He has told me that he accepted responsibility for his action and cooperated with the Government in order to take ownership of his action.

Please understand that he is a good person and not a criminal.  There is no likelihood that he will be in court again.

Sincerely
Doug Cunefare

02-15-2022



**EXHIBIT 2**

March 5, 2022

To Whom it May Concern,

This is to Acknowledge that this letter is in support of Rick Cunefare in relation to USA vs. Rick Cunefare; Case No. 21-cr-00319-EGS.

During that time that I served on the HOA Board of Directors, as well as the Finance Committee here in the Estrella community, Rick and I worked closely and had numerous weekly conversations and meetings regarding the management and business of the Association. As a Board Member, I found Rick to be thoughtful, caring, and very dedicated to the community. He would carefully follow the Association policies and procedures, and if the policy was not clear he would seek guidance from his supervisor, HOA Board members, and/or the Association attorney. During this time, the Board of Directors held monthly board meetings that were coordinated by Rick. This coordination included publication of thorough Board documentation packets. The packets typically include over 100 pages of detailed information that would allow the Board to fully evaluate decisions to be made. When the Board directed Rick to further evaluate a topic or seek legal guidance he would do so without hesitation. He was very open to suggestions and proud of his team's accomplishments. He passed praise on to the team and always gave them credit for their accomplishments. Rick, in my opinion, was a very good manager and a very effective leader.

Also, while serving on the Budget & Finance Committee, I found Rick to be thorough and he fully understood the finances of the Association. The Finance Committee met monthly, and Rick was well prepared and fully understood the Association's finances and financial policies. These meetings would last approximately 60 minutes with detailed questions being posed to and answered by Rick. He was always well prepared.

From a personal perspective, Rick and I developed a great relationship, regularly discussing our family and adventures. There was one instance that my wife and I just returned from a trip to Japan. The next day she went to the Fitness Club to take a class and felt dizzy and needed to sit down. Rick came to her assistance and felt that it was necessary to call the paramedics. After doing so, he immediately called me and stayed with both of us until the paramedics released her and I was able to take her home. Rick always cared about people and easily built strong personal relationships. He would talk about his family and was very proud of his daughter. When his father passed away his mother came to live with him and his wife. His mother suffers from dementia and is not able to take care of herself. He made sure that she was taken care of and has a good quality of life. Rick is very devoted to his family.

I always found Rick to be very respectful, honest, and a strict follower of the association rules and procedures.

**Robert J. Nobis**
**18339 W Desert Trumpet Rd**
**Goodyear, AZ 85338**
**480-898-1313**



**EXHIBIT 3**



**CARPENTER HAZLEWOOD**
Carpenter, Hazlewood, Delgado & Bolen
A T T O R N E Y S   A T   L A W

**PHOENIX AREA**
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282-5691
T 480-427-2800
F 480-427-2801

**Curtis S. Ekmark, Esq.**
*Licensed in Arizona*
curtis@carpenterhazlewood.com
Direct: 480-427-2822

March 2, 2022

        Re:    Rick Cunefar
               Case No. 21-cr-00319-EGS

To Whom It May Concern

        I am writing in support of Rick Cunefare in relation to USA v. Rick Cunefare, Case No. 21-cr-00319-EGS.

        I am a member of the Arizona State Bar and have been since 1993.  I have worked with Rick since about 2015 or 2016.  Rick was the managing agent for two clients of mine and we spoke on a pretty regular basis.

        I always found Rick to be very professional.  He was very careful to follow all the rules.  He checked with me if there was ever a question as to what he should be doing or the legality of any option.  I never had to argue with him or try to convince him to do the right thing or follow the law.  Rather, he was always eager to do so.  He would check with me on a regular basis for interpretation of the legal governing documents and statutes.  When I spoke with him, he was prepared and professional.  I was never aware of a situation where he did not follow my advice.  He would often check with his supervisor but never contradicted legal advice.

        From our discussions, I also learned that Rick was devoted to his family.  He took care of his Mother after his Father passed away.  He is proud to serve his family.

        I have found Rick to be honest in every interaction we had.  I hope that he can put this difficult issue behind him and start to re-build his life.

Austin · Broomfield · Phoenix · Prescott · Tucson

www.carpenterhazlewood.com
T 800-743-9324  ·  F 800-743-0494

CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP
March 2, 2022
Page 2

Call me at 480 650 9433 if you want to discuss.

Sincerely,

Curtis S. Ekmark, Esq.
for
CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP



**EXHIBIT 4**

March 8, 2022

Re: Rick Cunefare; Case No. 21-cr-00319-EGS

To Whom It May Concern:

I am writing this letter in support of Rick Cunefare in relation for USA v. Rick Cunefare; Case No. 21-cr-00319-EGS.

I have worked in the community association management industry in the state of Arizona for thirty (30) years, and have served the residents of several Arizona communities in different capacities during that time.

I have known Rick Cunefare for seven years and hired him to serve as the Community Manager for two large-scale communities during that time.

I have never questioned Rick's integrity, character or commitment to his job or the residents that he served.  He always held himself and his staff to a high standard of care.  Rick was well liked and respected by his team members and colleagues.

Rick has very strong family values that he instills in his daughter, whom he is extremely proud of.  I feel like I have watched her grow and celebrated her accomplishments with Rick, as he has always been eager to share his experiences as a parent.

Thank you for your consideration.


Sincerely,

*Kevin Hearty*

Kevin Hearty



**EXHIBIT 5**

Lane Powell
18510 W. Valerie Drive
Surprise, AZ 85374
March 4, 2022


Letter of Support for Rick Cunefare
RE:  USA v. Rick Cunefare; Case No. 21-cr-00319-EGS


To Whom It May Concern:

My name is Lane Powell and I am writing this letter in support of my former colleague, Rick Cunefare.  I was hired to work alongside Rick overseeing the management of a large community association.  As I was new in my role, I looked to Rick to provide guidance and education and he stepped into the role of mentor to me with care, patience and a dedication to ensuring I was successful in my new career.

During the years that I worked with Rick, I watched him work diligently to ensure our processes and procedures were carefully detailed.  He worked closely with his supervisor and our legal counsel to ensure our associations were following our governing documents and all state statutes.  He was a leader of the highest ethical standards and had the same expectations for his team, often asking us "what's the right thing for our residents?"

In addition to Rick's operational acumen, he also led our team with compassion and fairness.  He worked to provide support to our team members during difficulties and at times picked up extra tasks when team members were out for much-needed vacations or unfortunate family emergencies.  He was patient, kind, and generous with his time and with time-off requests and special accommodations needed by the team, including allowing them to work from home, if needed.  Rick was dedicated to showing appreciation to our team and helped plan quarterly celebrations.  For the Christmas holiday, he hand-selected gifts for his team members, carefully choosing gifts they'd especially like.  He cared about doing the right thing by the team who helped us do the right things for our residents each day.

As for his personal life, Rick's dedication to his family is an inspiration.  When Rick's father passed away in 2020, he took a month away from work to dedicate his time to his aging mother, ultimately deciding to move her into his home and provide round-the-clock care for her.  He navigated those challenges with grace and humor and a love for his mother that is evident to all who are privileged to bear witness to it.

Rick welcomed a daughter later in life and perhaps that is why he sparkles whenever he speaks of her.  His enthusiasm for her milestones and watching her grow into the beautiful little lady that she is becoming has been the joy of his life.  I am not often eager to watch piano recitals of other people's children, but the excitement that Rick had about showing off his daughter's talents was

contagious.  He was thrilled with plastering his office with her first school photo or her art (most recently, she was going to be a fashion designer and was dedicated to drawing princess dresses.) Being exposed to the love that Rick had for his family is genuinely one of the reasons that I loved working with him.

I sincerely miss working alongside Rick.  He is kind, compassionate, honest, and respectful and has a sense of humor that made our heavy days lighter.  He is so much more than I can write in this letter. Although I know this letter is not addressed directly to Rick, I know he will read it and when he does, I hope he understands how much he is cared about and respected and what a good man he is.

Sincerely,

Lane Powell
919.223.7002



**EXHIBIT 6**

MEMORANDUM

To: To Whom It May Concern

From: Sam Giusa

Date: February 21, 2022

RE: Letter in support of Rick Cunefare in relation to USA vs. Rick Cunefare; Case No. 21-cr-00319-EGS.

I had the privilege of knowing and working professionally with Rick Cunefare for close to Two (2) years; and during that time, Rick has always shown compassion to everyone, including myself when I was diagnosed with a concerning health issue back in early 2021. He was flexible and caring during this time and would me on a regular basis to see how I was doing. He spoke to my wife on multiple occasions offering to help with anything we needed. We had multiple employees who had significant health issues which required expensive time off and he was always flexible and compassionate to them as well. We worked closely together to manage the ongoing work schedules and to complete work tasks in a timely manner.  He had high expectations of himself and his team but would never compromise quality or navigate around guidelines, in order to complete the job correctly. I learned a lot from Rick and how important it was to follow the company Governing Documents, Policies and Procedures.

From the many conversations I had with Rick: I found him to be a devoted husband, father and Son as he also takes care of his elderly mother. When his father passed; he took time off to be with him and brought his mother back to live with him here in Phoenix.  He had pictures of his family in his office and would show pictures and videos to the staff of her dance performances and piano recitals.  Family is very important to Rick and placed them above anything else. He is a proud father and devoted to his daughter's happiness and development.

I have always had a professional respect and positive opinion of Rick; his work ethic, compassion for people and how he would place his family first, was always to be commended.

Sincerely,

Sam Giusa – 480-258-0260